# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Tristan Sorenson, individually and on
behalf of other similarly situated individuals,

        Plaintiff,        Civil No.10-3362 (RHK/XXX)

vs.        **ORDER**

LePier Oil Co., Inc., LePiers', Inc.,

        Defendants.

---

        This matter is venued in the Sixth Division.

        All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated:  August 10, 2010

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge