# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TRISTAN SORENSON, individually, and on behalf of all other similarly situated individuals, | Civil No. 10-3362 (RHK/LIB) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | |
| LEPIER OIL CO., INC. and LEPIERS', INC., | |
| Defendants. | |

Based upon the parties' Stipulation for Voluntary Dismissal (Doc. No. 18), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, on the merits and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 14, 2011

                                         s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge